# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

May 20, 2016

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Shekar v. Delancey's Orchard LLC, et al.*
       15 Civ. 05022 (ER)

Dear Judge Ramos:

    We represent plaintiffs in the above-referenced matter. We write to inform the Court that we do not object to defendants' request to extend the deposition deadline currently set for today to June 6, 2016.

    Defense counsel e-mailed my associate yesterday who was out of the office and I was not called or e-mailed on this request. Please note that we have consented to multiple extensions of discovery requested by defendants (*See* ECF Nos. 25, 29). We will, of course, work with defense counsel to choose a mutually agreeable date for plaintiff to be deposed in the event the Court grants this third extension.

Respectfully submitted,

Louis Pechman

cc:   Marshall B. Bellovin, Esq. (attorney for defendants)